UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DEVONNE O'DELL, | Case No. 1:11-cv-01202-LJO-MJS (PC) |
|---|---|
| Plaintiff, | |
| v. | **ORDER STRIKING ORDER (ECF No. 32)** |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

On June 8, 2015, the Court filed an order purporting to require Plaintiff to show cause why this action should not be dismissed for failure to prosecute and failure to obey a court order. (ECF No. 32.) However, this action already had been dismissed on that basis. The order to show cause was erroneously filed.

Accordingly, the order to show cause (ECF No. 32) is HEREBY STRICKEN. The action shall remain closed.

IT IS SO ORDERED.

Dated:   June 8, 2015                                /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE